FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 7 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 24-1213 MLG |
| vs. | Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; |
| **ISIAH JAMES GUTIERREZ-ARQUERO,** | Count 2: 18 U.S.C. §§ 1153 and 113(a)(7): Assault Resulting in Substantial Bodily Injury to a Dating and Intimate Partner; |
| Defendant. | Count 3: 18 U.S.C. §§ 1153 and 113(a)(8): Assault of a Dating and Intimate Partner by Strangling. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 21, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ISIAH JAMES GUTIERREZ-ARQUERO**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about September 21, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ISIAH JAMES GUTIERREZ-ARQUERO**, an Indian, assaulted Jane Doe, the defendant's intimate partner and dating partner, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(7).

Count 3

On or about September 21, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ISIAH JAMES GUTIERREZ-ARQUERO**, an Indian, assaulted Jane Doe, the defendant's intimate partner and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney