(Rev. 10/2021)   Waiver of Right to Contest Detention

**FILED**
At Albuquerque, NM

JAN 17 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF RIGHT TO CONTEST DETENTION** |
| vs. | (Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142) |
| ISIAH JAMES GUTIERREZ-ARQUERO, | CASE NUMBER: 1:24-cr-01213-MLG |

I, __ISIAH JAMES GUTIERREZ-ARQUERO__, charged in: (an (indictment) complaint, petition) with __assault charges under_____, Title __18__, U.S.C. __113(a)(6), 113(a)(7), 113(a)(8)__, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_[signature]_
Defendant

__01/14/2025__
Date

_[signature]_
Hadley Brown, AFPD
*Counsel for Defendant*