# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-Cr-1213 MLG | UNITED STATES vs. GUTIERREZ-ARQUERO | |
| Hearing Date: | 1/17/2025 | Time In and Out: | 9:34 am – 9:37 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Isiah James Gutierrez-Arquero | Defendant's Counsel: | Hadley Brown |
| AUSA: | Caitlynn Dillon | Pretrial/Probation: | A. Galaz |
| Interpreter: | | Witness: | |

**Proceedings**

FPD-deft wants to waive hearing; Court-questions/findings

**Lafler/Frye**

- ☐ Court finds defense counsel shared the plea offer with Defendant
- ☐ Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer
- ☐ Court finds Defendant knowingly and voluntarily rejected plea offer
- ☐ A copy of the plea offer is attached to these minutes as a sealed exhibit

**Custody Status**

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

**Other Ruling**

- ☐