# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## Contested SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

| | | | | |
|---|---|---|---|---|
| CR No: | 24-1213 MLG | USA vs. | Gutierrez-Arquero | |
| Date: | 3/3/26 | Defendant: | Isiah James Gutierrez-Arquero | |
| Time In/Out: | 9:31-9:34; 9:37-10:38 | Total Time in Court: | 1 hour 4 minutes | |
| Clerk: | E. Romero | Court Recording: | Liberty | |
| AUSA: | Zachary Jones | Defendant's Counsel: | Hadley Brown | |
| Courtroom: | Cimarron | Probation Officer: | S. Bustillos-Quintana | |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. | |
| Convicted on: | Plea | As to: | Indictment | Counts: 1 and 3 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | |
| Date of Plea/Verdict: 8/8/25 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | Counts 1 and 3 – 46 months; Concurrently |
| ☒ 500-Hour Drug Program | ☐ BOP sex-offender treatment program    Other: |
| **SUPERVISED RELEASE:** 3 years | ☒ Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | |
|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 26-1 | ☒ Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 200.00 | Due Immediately |
|---|---|---|---|---|---|---|
| Forfeit rights title & interest to: | | | | | | |

### OTHER

| | |
|---|---|
| ☒ Waived Appeal Rights per Plea Agreement | ☒ Held in Custody |
| ☒ Recommended place(s) of incarceration: FCI. Ft. Worth, Tx., or FCI Phoenix, Az. | |
| ☐ Dismissed Counts: | |

### PROCEEDINGS

Court in session – parties state appearances; Court addresses Defendant; Parties have no objections or corrections to PSR; Ms. Brown addresses Court for sentencing and requests a 24-month sentence; Ms. Brown answers Court's questions; Defendant addresses Court; D.C. addresses Court; K.C. addresses Court; M.C. addresses Court; Mr. Jones addresses the Court for sentencing; Ms. Brown responds; Defendant addresses Court; Court addresses parties and outlines proposed sentence; Parties have nothing to add; Court addresses Defendant and imposes sentence; Parties have nothing to add.